# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2243

**Caption [use short title]**

**Motion for:** Extension of Time to File Status Report

Riverkeeper, Inc. v. U.S. Federal Aviation Administration

**Set forth below precise, complete statement of relief sought:**

4-day extension of time to file a status report, from June 6, 2022, to June 10, 2022

**MOVING PARTY:** The U.S. Federal Aviation Administration, Stephen Dickson

**OPPOSING PARTY:** Riverkeeper, Inc., Guardians of the Flushing Bay, Inc., Ditmars Boulevard Block Assn., Inc.

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**MOVING ATTORNEY:** Benjamin Richmond

**OPPOSING ATTORNEY:** Todd Ommen

[name of attorney, with firm, address, phone number and e-mail]

Environment and Natural Resources Division, U.S. Department of Justice
P.O. Box 7415, Washington, D.C. 20044
(202) 514-3977, benjamin.richmond@usdoj.gov

Pace University School of Law, Pace Environmental Law Clinic, Inc.
78 North Broadway White Plains, NY 10603
(914) 422-4343, tommen@law.pace.edu

**Court- Judge/ Agency appealed from:** The U.S. Federal Aviation Administration

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

s/Benjamin Richmond    **Date:** 06/10/2022    Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Riverkeeper, Inc., Guardians of the Flushing Bay, Inc., and Ditmars Boulevard Block Assn., Inc., <br><br> *Petitioners*, <br><br> v. <br><br> The U.S. Federal Aviation Administration, and Stephen Dickson, in his capacity as FAA Administrator, <br><br> *Respondents*, <br><br> and <br><br> Port Authority of New York and New Jersey, <br><br> *Intervenor*. | No. 21-2243 |

**MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

Pursuant to Federal Rules of Appellate Procedure 26(b), Federal Respondents Federal Aviation Administration ("FAA") and FAA Administrator Stephen Dickson move for a 4-day extension of time, to and including June 10, 2022, within which to file a status report letter. Federal Respondents' most recent status report letter was due on June 6, 2022. This is Federal Respondents' first request for an extension of time to file a status report letter. Federal Respondents

1

notified counsel for Petitioners and Intervenor Port Authority of New York and New Jersey of this motion. Neither party opposes the motion or intends to file a response.

By order dated December 3, 2021, the Court placed the above-captioned case in abeyance pending the Port Authority of New York and New Jersey's ("Port") pause of the LaGuardia Access Improvement Project and review of alternatives. This Court also ordered Federal Respondents to submit status reports in 90-day intervals. Federal Respondents first status report letter was listed as "FILED" on March 8, 2022. Accordingly, Federal Respondents second status report letter was due June 6, 2022. The undersigned counsel inadvertently did not file the attached second status report letter on June 6, 2022. Federal Respondents respectfully request that this unopposed motion be granted and that this Court docket the attached status report letter.

Respectfully submitted,

 s/ Benjamin Richmond
BENJAMIN RICHMOND
U.S. Department of Justice
Environment & Natural Res. Div.
P.O. Box 7415
Washington, DC 20044
(202) 514-3977
benjamin.richmond@usdoj.gov

June 10, 2022
90-13-1-16360

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) and Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman font, a proportionally spaced typeface.

I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 212 words.

s/ Benjamin Richmond
BENJAMIN RICHMOND

Counsel for Federal Respondents



U.S. Department of Justice

Environment and Natural Resources Division

*Appellate Section*
*P.O. Box 7415*
*Washington, DC  20044*

*Telephone: (202) 514-3977*
*benjamin.richmond@usdoj.gov*

June 10, 2022

Via CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Status Report in *Riverkeeper, Inc. v. U.S. Federal Aviation Administration*, No. 21-2243

Dear Ms. Wolfe,

      This letter provides the Court with a status report in *Riverkeeper, Inc. v. U.S. Federal Aviation Administration*, No. 21-2243, as required in the Court's December 3, 2021 order.

      This case concerns Intervenor Port Authority of New York and New Jersey's ("Port") LaGuardia Access Improvement Project. Petitioners challenged the Federal Aviation Administration's ("FAA") Record of Decision that made environmental determinations necessary to support the Port's potential future application to partially fund the LaGuardia Access Improvement Project with a Passenger Facility Charge.

      On October 12, 2021, the Port announced it would "pause further action with respect to the LaGuardia AirTrain project" to allow for a review of potential alternative mass transit options. Subsequently, by order dated December 3, 2021, the Court placed the above-captioned case in abeyance pending the Port's pause of the project and review of alternatives, ordered the parties to file motions to govern further proceedings within 30 days of the Port completing its review and determining how to proceed or terminating its pause, and ordered Federal Respondents to submit status reports in 90-day intervals.

      As of the FAA's last status report letter, the Port's alternatives review was ongoing. FAA is unaware of any additional updates on the status of the LaGuardia Access Improvement Project or the Port's independent review of alternatives since that time. Counsel for the Port has also confirmed that there are no additional updates and the review process remains ongoing. Accordingly, Federal Respondents will provide another abeyance status report in 90 days.

                                                                             Sincerely,
                                                                            *s/ Benjamin Richmond*
                                                                            Benjamin Richmond
                                                                            Counsel for Federal Respondents

cc:  Counsel of Record (via CM/ECF)