

U.S. Department of Justice

Environment and Natural Resources Division

*Appellate Section*  
*P.O. Box 7415*  
*Washington, DC 20044*

*Telephone: (202) 514-3977*  
*benjamin.richmond@usdoj.gov*

January 24, 2023

Via CM/ECF

Catherine O'Hagan Wolfe, Clerk of Court  
United States Court of Appeals for the Second Circuit  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

    Re:    Status Report in *Riverkeeper, Inc. v. U.S. Federal Aviation Administration*, No. 21-2243

Dear Ms. Wolfe,

    This letter provides the Court with a status report in *Riverkeeper, Inc. v. U.S. Federal Aviation Administration*, No. 21-2243, as required in the Court's December 3, 2021 order.

    This case concerns Intervenor Port Authority of New York and New Jersey's ("Port") LaGuardia Access Improvement Project. Petitioners challenged the Federal Aviation Administration's ("FAA") Record of Decision that made environmental determinations necessary to support the Port's potential future application to partially fund the LaGuardia Access Improvement Project with a Passenger Facility Charge.

    On October 12, 2021, the Port announced it would "pause further action with respect to the LaGuardia AirTrain project" to allow for a review of potential alternative mass transit options. Subsequently, by order dated December 3, 2021, the Court placed the above-captioned case in abeyance pending the Port's pause of the project and review of alternatives, ordered the parties to file motions to govern further proceedings within 30 days of the Port completing its review and determining how to proceed or terminating its pause, and ordered Federal Respondents to submit status reports in 90-day intervals.

    As of the FAA's last status report letter, dated October 26, 2022, the Port's alternatives review was ongoing. FAA understands that the review process remains ongoing at this time and has no further updates. Counsel for the Port similarly stated that the Port has no updates. Federal Respondents will provide another abeyance status report in 90 days.

                                   Sincerely,  
                                   s/ *Benjamin Richmond*  
                                   Benjamin Richmond  
                                   Counsel for Federal Respondents

cc: Counsel of Record (via CM/ECF)