

**U.S. Department of Justice**

Environment and Natural Resources Division

*Appellate Section*
*P.O. Box 7415*
*Washington, DC 20044*

*Telephone: (202) 514-3977*
*benjamin.richmond@usdoj.gov*

April 24, 2023

<u>Via CM/ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Status Report in *Riverkeeper, Inc. v. U.S. Federal Aviation Administration*, No. 21-2243

Dear Ms. Wolfe,

    This letter provides the Court with a status report in *Riverkeeper, Inc. v. U.S. Federal Aviation Administration*, No. 21-2243, as required in the Court's December 3, 2021 order.

    This case concerns Intervenor Port Authority of New York and New Jersey's ("Port") LaGuardia Access Improvement Project. Petitioners challenged the Federal Aviation Administration's ("FAA") Record of Decision that made environmental determinations necessary to support the Port's potential future application to partially fund the LaGuardia Access Improvement Project with a Passenger Facility Charge.

    On October 12, 2021, the Port announced it would "pause further action with respect to the LaGuardia AirTrain project" to allow for a review of potential alternative mass transit options. Subsequently, by order dated December 3, 2021, the Court placed the above-captioned case in abeyance pending the Port's pause of the project and review of alternatives, ordered the parties to file motions to govern further proceedings within 30 days of the Port completing its review and determining how to proceed or terminating its pause, and ordered Federal Respondents to submit status reports in 90-day intervals.

    On March 13, 2023, the Port released its "Options for Mass Transit Solutions to LGA" report, *see* Ex. 1, which recommended that the Port enhance airport access by improving existing bus service and creating a new airport shuttle service from the terminal of the N/W subway line. In light of this recommendation, the Port now plans to bring a planning authorization request to the Board of Commissioners. *Id.* Accordingly, this case should remain in abeyance and Federal Respondents will provide another status report in 90 days.

                                                            Sincerely,
                                                           s/ *Benjamin Richmond*
                                                           Benjamin Richmond
                                                           Counsel for Federal Respondents

cc:  Counsel of Record (via CM/ECF)

# EXHIBIT 1

Click Here to View Real-Time Alerts for all Port Authority Facilities



Business Center

Safety & Security

# EXPERT PANEL RECOMMENDS THAT THE PORT AUTHORITY MOVE FORWARD WITH SUBSTANTIAL BUS IMPROVEMENTS – INCLUDING A NEW NON-STOP EXPRESS SHUTTLE – TO ENHANCE MASS TRANSIT ACCESS TO LAGUARDIA AIRPORT

Regional Transportation

**Press Release Number:** 21-2023

**Date:** March 13, 2023

*Improved Q70 Service and New Non-Stop Airport Shuttle Bus Service from N/W Subway in Astoria Projected to Benefit Nearly 5 Million Total Passengers Annually; Panel Foresees Benefits Sooner at Lower Cost*

*Panel Does Not Recommend Any Light Rail Options, But Advances Bus Options that Carry Equivalent Ridership as Former Mets-Willets Point Alignment*

*MTA Worked Closely With Expert Panel and Consultants Throughout the Study*

*Port Authority to Bring Planning Authorization to Board of Commissioners in Next 60-90 Days to Start Process to Fund Costs Associated with Improved Bus Service*

*Online Press Kit Available Here Includes Multi-Disciplinary Engineering / Construction Firms' Analysis and Expert Panel's Recommendations*

The Port Authority of New York and New Jersey today released the "Options for Mass Transit Solutions to LGA" report, an exhaustive analysis of 14 different mass transit options to

LaGuardia Airport.

After thoroughly reviewing the analysis, the expert panel recommended that the Port Authority move forward with substantial improvements to airport access by improving the existing MTA Q70 LaGuardia Link service and creating new non-stop airport shuttle service from the terminus of the N/W subway line in Astoria.

The wide-ranging analysis commenced in late 2021, at the request of New York Governor Kathy Hochul, and was carried out by a multi-disciplinary team of well-recognized outside engineering, construction and transportation firms. The three-member independent, outside expert panel of world-class transportation leaders was established at the Governor's request to oversee the study and to make recommendations based on the analysis.

This panel consisted of Mike Brown, former commissioner of Transport for London and former Managing Director of Heathrow Airport; Janette Sadik-Khan, principal at Bloomberg Associates and former Commissioner of the NYC Department of Transportation; and Phillip A. Washington, CEO of Denver International Airport and former CEO of Los Angeles Metro.

The MTA worked closely with the engineering/construction firms and the expert panel throughout the study and attended all the panel meetings.

The panel recommended that the Port Authority move forward in the near term with two bus options evaluated in the study:

1)   Substantial improvements to the existing MTA Q70 LaGuardia Link bus service connecting to Jackson Heights and Woodside:

·      Transit signal priority on Roosevelt Ave and Broadway to minimize travel time;

·      A mile-long exclusive bus lane built on the shoulder of the northbound Brooklyn-Queens Expressway between Northern Blvd and Astoria Blvd, subject to federal, state and local approvals, to increase service reliability between Jackson Heights and LaGuardia Airport;

·      Frequency improvements, as needed, in response to increased demand;

·      A new, specially-designated bus pick-up and drop-off area near Terminal C with direct, exclusive road access to avoid congestion on the airport frontage;

·      Wayfinding and lighting improvements at Jackson Heights-Roosevelt Av / 74 St (7, E, F, M, R) and 61 St-Woodside Stations (7, LIRR);

- Further enhanced branding and signage to promote the improved service

2) New, non-stop shuttle service between the airport and the last stop on the N/W subway line at the Astoria-Ditmars Blvd station serving all three terminals at LaGuardia featuring:

- Exclusive use of fully electric buses to eliminate noise and emissions;

- Dedicated bus lanes, potentially during peak hours, on 31st St and 19th Ave with transit signal priority, to minimize travel time;

- Improved facilities at the Astoria-Ditmars Blvd station, providing ADA accessibility;

- End of the N/W line station will assure ease of use by airport travelers

The panel expressed a strong preference for a "one-seat ride via subway" as the most effective way to move travelers from cars to mass transit, but given the serious, unresolved constructability and cost challenges to building a subway extension identified by the engineering/construction firms, the panel recommended a near-term focus on improving bus service to provide better, faster transit access to LaGuardia, as the public benefits would be realized sooner at lesser cost. The improved bus service is projected to benefit nearly 5 million total passengers annually. The engineering/construction firms estimated capital costs for the bus options at just under $500 million compared to estimates ranging $2.4 billion to $6.2 billion for the light rail options.

The Port Authority plans to bring a planning authorization request to the Board of Commissioners for approval in the next 60 to 90 days, addressing the panel's recommendations and starting the process for the Port Authority to fund the costs associated with the improved bus service.

The panel did not recommend any light rail options, but advanced bus options that carry equivalent ridership as the former Mets-Willets Point alignment. The Panel also did not recommend either of the ferry options, which the study concluded would attract a very low level of ridership. Nor did the panel recommend any emerging technologies that the study said are still too unproven.

Case 21-2343, Document 72, 04/24/2023, 3504314, Page 6 of 7

During the course of the analysis, the Port Authority sought and received input from dozens of elected officials, community stakeholders, advocacy groups, and the general public by holding two public workshops, conducting 10 focus groups with members of the community and airport travelers, and reviewing hundreds of public comments.

The multi-disciplinary team that carried out the analysis was:

·      Bechtel – Study Lead

·      WSP – Engineering and Estimating

·      Nelson\Nygaard Consulting Associates – Bus Planning Technical Lead

·      Foursquare ITP – Emerging Technology and Equity

·      Ramboll – International Emerging Technology

"At the start of this process, the Port Authority committed to conduct a fair, thorough, and impartial evaluation of mass transit solutions to LaGuardia Airport," **said Rick Cotton, Executive Director of the Port Authority.** "We assembled a team of top-quality engineering and transportation firms to conduct the study, and appointed an outside panel of world-class transportation leaders to deliver independent recommendations. That report is now complete, and the panel has delivered its recommendations. We thank Mike Brown, Janette Sadik-Khan, and Phil Washington for their tireless efforts and thoughtful recommendations. We also thank the elected officials, community stakeholders, and members of the general public who offered their input and feedback. We are today publishing the entire 450-page report and the full text of the panel's recommendations."



**PORT AUTHORITY**

**DIVERSITY & INCLUSION**

**SAFETY & SECURITY**

**BUSINESS CENTER**

**CONNECT WITH US**

© 2001-2023 The Port Authority of New York and New Jersey. All Rights Reserved.

Select Language

Powered by Google **Translate**

Website Disclaimer

Privacy Statement